UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 06-369(RHK/SRN)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| SANTIAGO CARRILLO-AGUILAR, and ) | |
| VICTOR CARRILLO-AGUILAR, ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court upon the motion of defendant Victor Carrillo-Aguilar dated January 3, 2007, to continue the trial date in this case until after March 5, 2007. Co-defendant Santiago Carrillo-Aguilar concurs in this motion. The grounds for the motion are the unavailability of defense counsel at various times prior to March 5, 2007, and the need for trial preparation.

Pursuant to 18 U.S.C. § 3161(h)(8)(A), the Court finds that the ends of justice served by the granting of such continuance outweigh the best interest of the public and the defendants in a speedy trial.

Accordingly, IT IS HEREBY ORDERED that the period from January 3, 2007 through June 11, 2007 shall be excluded from the Speedy Trial Act computations in this case.

IT IS FURTHER ORDERED the trial shall commence on June 11, 2007.

Dated:      3/8/07                           s/Richard H. Kyle

                                             Richard H. Kyle
                                             U.S. District Court Sr. Judge