UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| United States of America, | Criminal No. 06-369 (1) (RHK/SRN) |
| Plaintiff, | **ORDER** |
| v. | |
| Santiago Carrillo Aguilar (1), | |
| Defendants. | |

_____

The Court rejects the Government's "incorporation" of its "earlier submission" to the Magistrate Judge as its "Response" to the Defendant's Objection to the Report and Recommendation. Now before the Court is a single Objection to the Report and Recommendation and supporting memorandum. It is that document to which the Government is to respond. The Court does not intend to review earlier submissions to determine which parts are responsive to Defendant's Objection.

Accordingly, the Government is directed to file a Response to the pending Objection no later than April 11, 2007.

Dated: March 22, 2007

                                                                     s/Richard H. Kyle
                                                                     RICHARD H. KYLE
                                                  United States District Judge