# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

United States of America,                    Criminal No. 06-369 (1), (2) (RHK/SRN)

        Plaintiff,                            **ORDER**

v.

Santiago Carrillo Aguilar (1), and
Victor Carrillo Aguilar (2),

        Defendants.

---

Having conducted a de novo review of the objected to portions of Magistrate Judge Susan Richard Nelson 's February 22, 2007, Report and Recommendation, **IT IS ORDERED**:

1. Defendant Santiago Carrillo Aguilar's Objections (Doc. No. 58) are **OVERRULED**;

2. The Reports and Recommendations (Doc. No. 53 as to Defendant Santiago Carrillo Aguilar, Doc. No. 54 as to Defendant Victor Carrillo Aguilar) are **ADOPTED**;

3. Defendant Santiago Carrillo Aguilar's Motion to Suppress Physical Evidence (Doc. No. 37) is **DENIED**;

4. Defendant Santiago Carrillo Aguilar's Motion to Suppress Statements (Doc. No. 38) is **DENIED**; and

5. Defendant Victor Carrillo Aguilar's Motion to Suppress Evidence Obtained as a Result of Search and Seizure (Doc. No. 32) is **DENIED**.

Dated: April 13, 2007

                s/Richard H. Kyle
                RICHARD H. KYLE
                United States District Judge